

1  Amy M. Samberg
   Nevada Bar No. 10212
2  Joshua D. Cools
   Nevada Bar No. 11941
3  Snell & Wilmer L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV  89169
   Telephone (702) 784-5200
5  Facsimile  (702) 784-5252
   Email: asamberg@swlaw.com
6  Email: jcools@swlaw.com

7  Attorneys for Defendant
   THE TRAVELERS HOME AND MARINE INSURANCE
8  COMPANY

9                    **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11  NONA HAKOBYAN,                          CASE NO.  2:11-cv-00113-RLH-PAL
12          Plaintiffs,
                                            **STIPULATION AND**
13  vs.                                     **ORDER FOR DISMISSAL WITH**
                                            **PREJUDICE**
14  TRAVELERS HOME AND MARINE
    INSURANCE COMPANY; AND DOES 1
15  THROUGH 100,

16          Defendants.

17

18       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NONA

19  HAKOBYAN and Defendant TRAVELERS HOME AND MARINE INSURANCE COMPANY

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

13930440

through their respective counsel of record that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys fees.

DATED: October 31st, 2011.                               DATED: October 3/, 2011

SNELL & WILMER L.L.P.                                    AGHABEGIAN & ASSOCIATES

By: /s/ Joshua D. Cools                                  By: /s/ Erik Zograbian
Amy M. Samberg, Esq.                                     Erik Zograbian, Esq.
Joshua D. Cools, Esq.                                    Aghabegian & Associates, P.C
3883 Howard Hughes Pkwy,                                 500 N. Brand Blvd., Suite 1270
Suite 1100                                               Glendale, CA 91203
Las Vegas, NV 89169

                                                         ESCOBAR & ASSOCIATES
Attorneys for Defendant                                  LAW FIRM, LTD.
THE TRAVELERS HOME AND                                   Christy Brad Escobar, Esq.
MARINE INSURANCE COMPANY                                 150 North Durango Drive, Suite 230
                                                         Las Vegas, NV 89145-5605

                                                         Attorneys for Plaintiff
                                                         NONA HAKOBYAN

## ORDER

IT IS SO ORDERED.

DATED: this 1st day of November, 3011.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P

/s/ Joshua D. Cools
Amy M. Samberg, Esq.
Joshua D. Cools, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Attorneys for Defendant
THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY

13930440

- 2 -