Amy M. Samberg
Nevada Bar No. 10212
Joshua D. Cools
Nevada Bar No. 11941
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: asamberg@swlaw.com
Email: jcools@swlaw.com

Attorneys for Defendant
THE TRAVELERS HOME AND MARINE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NONA HAKOBYAN,

               Plaintiffs,

vs.

TRAVELERS HOME AND MARINE
INSURANCE COMPANY; AND DOES 1
THROUGH 100,

               Defendants.

CASE NO. 2:11-cv-00113-RLH-PAL

**STIPULATION AND
ORDER FOR DISMISSAL WITH
PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NONA

HAKOBYAN and Defendant TRAVELERS HOME AND MARINE INSURANCE COMPANY

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

13930440

1  through their respective counsel of record that the above matter be dismissed with prejudice in its

2  entirety with each party to bear their own costs and attorneys fees.

3     DATED: October 21, 2011.                    DATED: October 3/, 2011

4

5     SNELL & WILMER L.L.P.                       AGHABEGIAN & ASSOCIATES

6     By: _____                By: _____

7     Amy M. Samberg, Esq.                       Erik Zograbian, Esq.
      Joshua D. Cools, Esq.                      Aghabegian & Associates, P.C
8     3883 Howard Hughes Pkwy,                   500 N. Brand Blvd., Suite 1270
      Suite 1100                                 Glendale, CA 91203
9     Las Vegas, NV 89169

10    Attorneys for Defendant                    ESCOBAR & ASSOCIATES
      THE TRAVELERS HOME AND                     LAW FIRM, LTD.
11    MARINE INSURANCE COMPANY                   Christy Brad Escobar, Esq.
                                                 150 North Durango Drive, Suite 230
12                                               Las Vegas, NV 89145-5605

13                                               Attorneys for Plaintiff
                                                 NONA HAKOBYAN
14

15                              **ORDER**

16

17    IT IS SO ORDERED.

18    DATED: this 1st day of November, 3011.

19

20                                    _____

21    Prepared and Submitted by:       UNITED STATES DISTRICT JUDGE
      SNELL & WILMER L.L.P
22

23    _____

24    Amy M. Samberg, Esq.
      Joshua D. Cools, Esq.
25    3883 Howard Hughes Parkway
      Suite 1100
26    Las Vegas, NV 89169
      Attorneys for Defendant
27    THE TRAVELERS HOME AND
      MARINE INSURANCE COMPANY
28

13930440                                    - 2 -